AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ZHENGJIAN WANG,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>XING YUE, INC.<br>d/b/a Szechuan Gourmet<br>et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-cv-05072<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 31, 2019                              /S/  S.  James
                                                *Signature of Clerk or Deputy Clerk*



**XING YUE INC d/b/a Szechuan Gourmet**
242 W 56th St, New York, NY 10019

**JIA XING 39TH INC d/b/a Szechuan Gourmet**
21 W 39th, New York, NY 10018

**XING WONG GOURMET INC d/b/a Szechuan Gourmet**
1395 2nd Ave, New York, NY 10021

**LI XING INC d/b/a Szechuan Gourmet**
135-15 37th Ave, Flushing, NY 11354

**JING HUANG ZHENG**
242 W 56th St, New York, NY 10019

**JUNE ZENG**
242 W 56th St, New York, NY 10019

**CHENG ZHONG HUANG**
242 W 56th St, New York, NY 10019

**YUE YUAN WANG**
242 W 56th St, New York, NY 10019

**XING HUANG**
242 W 56th St, New York, NY 10019

**LILI LIAO**
242 W 56th St, New York, NY 10019

ZHENGJIAN WANG v.
XING YUE, INC. d/b/a Szechuan Gourmet, et al.

**Summons Rider**