USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZHENJIAN WANG *on behalf of himself and others similarly situated,* et al.,

                       Plaintiffs,

      - against -

XING YUE INC., et al.,

                       Defendants.
-----------------------------------------------------------X

19-cv-5072 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff's request to lift the stay of discovery (Dkt. 39), and Defendant's request to maintain the stay of discovery (Dkt. 40). Now that Plaintiff has returned to the U.S., the parties shall proceed with scheduling mediation, subject to whatever constraints may exist due to the COVID-19 epidemic. Plaintiff's request is denied, and Defendant's request is granted, as follows. The stay of formal discovery shall remain in place until July 2, 2020. However, to the extent not already provided, by April 9, 2020, Plaintiff shall provide to Defendant all names by which Plaintiff believes was known to Defendant, and, to the extent not already accomplished, by April 23, 2020, Defendant shall perform a diligent search for and produce any documents mentioning or concerning the Plaintiff. If no such documents are found as a result of said search, then by April 23, 2020, Defendant shall provide to Plaintiff a sworn statement (declaration or affidavit) attesting that a diligent search was conducted for any documents mentioning or concerning the Plaintiff and that none were found.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 2, 2020
      New York, New York