# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324  johntroy@troypllc.com  Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

September 1, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2020
```

<u>Via ECF</u>
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Plaintiffs First Letter Motion Requesting to Adjourn the Pre Motion Conference for Motion for Conditional Collective Certification:**
19-cv-05072 *Wang et al. v XING YUE, INC d/b/a Szechuan Gourmet et al.,*

Your Honor,

We represent the Plaintiffs in the above referenced matter. We write respectfully with the consent of Defendants to adjourn the Pre Motion Conference in anticipation of Plaintiffs' intention to move for conditional collective certification of this action. This is Plaintiff's first request to adjourn the pre motion conference and granting such request will not prejudice any party.

On August 28, 2020, Your Honor scheduled a pre-motion conference for the parties to appear via telephone on September 2, 2020 to address the Plaintiff's intention to move for conditional collective certification. *See* Dkt. No. 49. However, Plaintiff's Counsel has a scheduling conflict due to his required appearance in another out-of-state Court matter and would not be able to attend the pre-motion conference currently scheduled for September 2, 2020 at 10:00 a.m. As such, Plaintiff's along with the Defendants respectfully proposes the following dates to adjourn the Pre-Motion Conference:

- September 4, 2020
- September 10, 2020 any time after 2:00 p.m.
- September 11, 2020
- September 14, 2020

The pre-motion conference is hereby adjourned to September 4, 2020 at 9:30 a.m.

SO ORDERED:
9/1/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

For all the foregoing reasons, Plaintiff's respectfully requests to adjourn the pre-motion conference currently scheduled for September 2, 2020 to any of the proposed dates and time.

We thank the Court for its time and consideration in this matter and sincerely apologize for any inconvenience caused to this Court.

Respectfully Submitted,

/s/ John Troy
John Troy

Cc: all counsel of record *via* ecf

JT/pk