UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZHENJIAN WANG, on behalf of
Himself and others similarly situated,

                           19-CV-5072 (RA) (RWL)

                    Plaintiff,              **ORDER**

          - against -

XING YUE INC., et al.,

                    Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Discovery in this case closed on April 22, 2021. By May 7, 2021, the parties shall report on status. In the absence of good cause, the Court will issue a scheduling order consistent with Judge Abrams's rules for proceeding with dispositive motions and trial.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2021
        New York, New York

Copies transmitted this date to all counsel of record.