USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZHENJIAN WANG, on behalf of
Himself and others similarly situated,

                           Plaintiff,

                - against -

XING YUE INC., et al.,

                          Defendants.
-------------------------------------------------------------X

19-CV-5072 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have acknowledged that discovery is closed. Accordingly, the parties shall adhere to Judge Abrams' individual rules for proceeding with dispositive motions and trial.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2021
        New York, New York

Copies transmitted this date to all counsel of record.