```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/19/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHENJIAN WANG,

                Plaintiff,

         v.

XING YUE INC., *et al.*,

                Defendants.

19-CV-5072 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In a status report dated May 7, 2021, the parties acknowledged discovery had closed and requested to proceed before this Court. Dkt. 59. Three days later, Magistrate Judge Lehrburger directed the parties to follow the Court's individual rules to proceed with trial. Dkt. 60. The parties did not file an update with the Court in accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases.

    The parties are hereby ordered to meet and confer regarding a trial date for this matter. Due to the Court's calendar and the ongoing COVID-19 pandemic, the earliest available trial date is March 1, 2022. No later than August 27, 2021, the parties shall submit a joint letter updating the Court as to the status of this case and proposing trial dates after March 1, 2022.

SO ORDERED.

Dated:    August 19, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge