```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZHENJIAN WANG, on behalf of                    :
Himself and others similarly situated,         :        19-CV-5072 (RWL)
                                               :
                              Plaintiff,       :        **ORDER**
                                               :
                    - against -                :
                                               :
XING YUE INC., et al.,                         :
                                               :
                              Defendants.      :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have submitted Defendant's offer of judgment pursuant to Federal Rule

of Civil Procedure 68 along with Plaintiff's acceptance of same.  (Dkt. 74.)  Having

reviewed the terms of the accepted offer of judgment, the Court notes its concern about

the amount of settlement funds apportioned to Plaintiff's lawyers as compared to Plaintiff.

However, as the parties have resolved this matter by way of a Rule 68 Offer of Judgment,

rather than settlement, no fairness review is warranted pursuant to *Mei Xing Yu v. Hasaki*

*Restaurant, Inc.*, 944 F.3d 395, 400 (2d Cir. 2019).  Accordingly, the Court directs entry

of judgment on terms contained in the accepted Offer of Judgment, with each party to

bear their own fees and costs except as set forth in the accepted Offer of Judgment.

The Clerk of Court is respectfully requested to enter judgment.


SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2021
        New York, New York

Copies transmitted this date to all counsel of record.