**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZHENJIAN WANG, on behalf of
Himself and others similarly situated,

                        Plaintiff,                19 **CIVIL** 5072 (RWL)

      -against-

                                                 **JUDGMENT**

XING YUE INC., et al.,

                       Defendants.
-----------------------------------------------------------X

      Whereas pursuant to Fed. R. Civ. P. Rule 68, Defendants XING YUE, INC. d/b/a Szechuan Gourmet; JIA XING 39TH, INC. d/b/a Szechuan Gourmet; LI XING, INC. d/b/a Szechuan Gourmet; JING HUANG ZHENG, CHENG ZHONG HUANG, XING HUANG, and LILI LIAO (Collectively Defendants) hereby offer to allow entry of judgment in this action in favor of Plaintiff ZHENGJIAN WANG the sum of Twenty-Three Thousand Three Hundred Sixty-Five Dollars ($23,365.00) including attorneys' fees, expenses, and costs to the date of this offer. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff of the above caption may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants. On November 26, 2021 Plaintiff having confirmed acceptance of Defendants offer of judgment, and the matter having come before the Honorable Robert w. Lehrburger, United States Magistrate Judge, and the Court on November 29, 2021, having rendered its Order directing the Clerk of Court to enter judgment in this matter on terms contained in the accepted Offer of Judgment, with each party to bear their own

fees and costs except as set forth in the accepted Offer of Judgment, it is,

ORDERED, ADJUDGED, AND DECREED, That for the reasons state in the Court's ORDER, Dated November 29, 2021, Plaintiff ZHENGJIAN WANG has judgment in the amount of Twenty-Three Thousand Three Hundred Sixty-Five dollars ($23,365.00) including attorneys' fees, expenses, and cost to the date of the Offer.

Plaintiff shall dismiss without prejudice of all non-represented Defendants after the satisfaction of the Judgment.

The sum total of Twenty-Three Thousand Three Hundred Sixty-Five Dollars ($23,365.00) shall be paid as follows:

1. A Bank Check of Seven Thousand Dollars ($7,000.00), made payable to Plaintiff Zhengjian Wang, due within thirty (30) days from the entry of Judgment; and
2. A Bank Check of Sixteen Thousand and Three Hundred and Sixty-Five Dollars ($16,365.00), made payable to Troy Law, PLLC, due within thirty (30) days from the entry of Judgment.

**Dated:** New York, New York
November 30, 2021

**RUBY J. KRAJICK**
**Clerk of Court**
BY: _David J. Thomas_
**Deputy Clerk**